*Various Ch.13's*

**WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED**

S.J. BEAULIEU, JR.
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79 / 611

**0645742**

August 12, 2011

PAY  Exactly Nine Hundred Ninety Eight And 40/100 Dollars

$********998.40

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

⑆0645742⑆ ⑈061100790⑈ 8800517495⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228981     - KW
* * C O P Y * *
August 16, 2011
13:59:37

TREASURY REGFUND
Debtor.: VARIOUS CH. 13'S
Amount.:          $998.40 CH
Check#.: 0645742

Total-> $998.40

FROM: S J BEAULIEU

8/16/11
Deposit to 6047BK
Treasury Acct.
Due To:
See Attachment

cv.

The attached check represents payments for monies delivered and deposited into the registry of the court.

Registry Check #645742

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 06-10067 | CROCKETT JR, RALPH FARRELL<br>CROCKETT, JOY LYNN<br>16280 E DOMIANO LN<br>HAMMOND LA 70401 | 568.56 | ECMC<br>STE 200<br>7325 BEAUFONT SPRINGS<br>RICHMOND VA 23225 |
| 06-10497 | MAYES, FAWN F<br>612 LYNNETTE DR<br>METAIRIE LA 70003 | 261.87 | COLLECT AMERICA<br>UNIT 2<br>4340 MONACO ST<br>DENVER CO 80237 |
| 09-10061 | BOUVIER, LESLIE ANCHOR<br>2749 COLLETTE DR<br>MARRERO LA 70072 | 9.09 | (debtor) |
| 09-11196 | BRUMFIELD, PATRICK<br>BRUMFIELD, FELICIA<br>78583 M C CARTER RD<br>KENTWOOD LA 70444 | 32.49 | ROBERT MCCOMISKEY<br>STE 100<br>3228 6TH ST<br>METAIRIE LA 70002 |
| 09-14017 | CHAUVIN, ERIC J<br>517 CHURCH ST<br>RACELAND LA 70394 | 12.00 | (debtor) |
| 10-10645 | BELL, ISABELL<br>4044 GLENMERE DR<br>HARVEY LA 70058 | 19.21 | AMERICAN THRIFT & LOAN<br>STE G<br>116 TERRY PARKWAY<br>GRETNA LA 70056 |
| 10-12890 | PILOT, ANTOINE<br>1764 PAUL MURPHY ST<br>NEW ORLEANS LA 70119 | 95.18 | CITY OF NEW ORLEANS LAWRENCE BLAKE JONES, ESQ<br>SUITE 4100<br>701 POYDRAS ST<br>NEW ORLEANS LA 70112 |
| | | $998.40 | |